IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ross, Malonda D | Case Number: 08 B 27264 |
| | Judge: Hollis, Pamela S |
| Printed: 03/03/09 | Filed: 10/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 12, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,029.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 961.09 |
| Trustee Fee: | | 67.91 |
| Other Funds: | | 0.00 |
| Totals: | 1,029.00 | 1,029.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,030.00 | 961.09 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 12,300.00 | 0.00 |
| 5. | Municipal Collection Services | Unsecured | 25.00 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 21.36 | 0.00 |
| 7. | Galway Financial Service | Unsecured | 86.00 | 0.00 |
| 8. | Impact Cash USA | Unsecured | 57.00 | 0.00 |
| 9. | Target National Bank | Unsecured | 82.14 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 86.00 | 0.00 |
| 11. | Premier Bankcard | Unsecured | 57.26 | 0.00 |
| 12. | Village of Calumet Park | Unsecured | 50.14 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 89.27 | 0.00 |
| 14. | United States Dept Of Education | Unsecured | 6,533.07 | 0.00 |
| 15. | Nicor Gas | Unsecured | 41.98 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 95.38 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 82.40 | 0.00 |
| 18. | Cook County Treasurer | Secured | | No Claim Filed |
| 19. | John Szydelko DDS | Unsecured | | No Claim Filed |
| 20. | AT&T | Unsecured | | No Claim Filed |
| 21. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 22. | Direct Tv | Unsecured | | No Claim Filed |
| 23. | Credit Protection Association | Unsecured | | No Claim Filed |
| 24. | Horizon Financial Management | Unsecured | | No Claim Filed |
| 25. | HSBC | Unsecured | | No Claim Filed |
| 26. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Ross, Malonda D

Printed: 03/03/09

Case Number:  08 B 27264
Judge:  Hollis, Pamela S
Filed:  10/10/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 29. | University Of Chicago Medical Center | Unsecured | | No Claim Filed |
| 30. | Sprint PCS | Unsecured | | No Claim Filed |
| 31. | University of Illinois | Unsecured | | No Claim Filed |
| 32. | Utility Resource Solutions | Unsecured | | No Claim Filed |
| 33. | VC Funding | Unsecured | | No Claim Filed |
| 34. | Multiloan Source | Unsecured | | No Claim Filed |
| 35. | Worldwide Cash Now | Unsecured | | No Claim Filed |
| 36. | FRT | Unsecured | | No Claim Filed |
| | | | $ 22,637.00 | $ 961.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 67.91 |
| | $ 67.91 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: